GARY RESTAINO
United States Attorney
District of Arizona

SHEILA PHILLIPS
Michigan State Bar No. 51656
CARIN C. DURYEE
California State Bar No. 154476
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Sheila.Phillips2@usdoj.gov
Carin.duryee@usdoj.gov
Attorneys for Plaintiff

```
         FILED  ____  ____ LODGED
         RECEIVED  ____  ____ COPY

              AUG 2 9 2023

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY _____ DEPUTY
```

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-23-1238-PHX-MTL (MTM) |
|---|---|---|

United States of America,

    Plaintiff,

  vs.

James Bond, a.k.a.
Jaymes Christopher Schulte,

    Defendant.

No.  CR-23-1238-PHX-MTL (MTM)

**REDACTED
INDICTMENT**

VIO: 18 U.S.C. §§ 1591(a)(1),
1591(b)(2),1591(c), 1596(a)(1),
and 3238
(Sex Trafficking of a Minor)
Counts 1 – 8

18 U.S.C. §§ 2423(c), 2423(e), and
3238
(Engaging in Illicit Sexual Conduct
in Foreign Places)
Counts 9 – 14

18 U.S.C. §§ 2251(c) and 2251(e),
and 3238
(Production of Child Pornography
for Importation to the United States)
Counts 15 – 20

18 U.S.C. §§ 2251(d) and 2251(e)
(Advertising Child Pornography)
Count 21

18 U.S.C. §§ 1593A, 1591(a)(1),
1591(b)(2), 1591(c), and 1596(a)(1)
(Benefitting Financially from
Trafficking in Persons)
Count 22

18 U.S.C. §§ 2252(a)(2) and 2252(b)
(Distribution of Child Pornography)
Counts 23-37

18 U.S.C. §§ 981 and 2253;
21 U.S.C. § 853; 28 U.S.C. §
2461(c)
(Forfeiture Allegations)

**THE GRAND JURY CHARGES**:

## COUNT 1

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce, to Colombia and elsewhere outside the United States, in and affecting interstate and foreign commerce, and knowingly recruited, enticed, transported, obtained and solicited by any means, Minor MV1, a person who had not attained 18 years of age, in knowing and reckless disregard of the fact Minor MV1 had not attained the age of 18 years and caused Minor MV1 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1596(a)(1), and 3238.

## COUNT 2

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce, to Colombia and elsewhere outside the United States, in and affecting interstate and foreign commerce, and knowingly recruited, enticed, transported, obtained and solicited by any means, Minor MV2, a person who had not attained 18 years of age, in knowing and reckless disregard of the fact Minor MV2 had not attained the age of 18 years and caused Minor MV2 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1596(a)(1), and 3238.

## COUNT 3

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES

BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce, to Colombia and elsewhere outside the United States, in and affecting interstate and foreign commerce, and knowingly recruited, enticed, transported, obtained and solicited by any means, Minor MV3, a person who had not attained 18 years of age, in knowing and reckless disregard of the fact Minor MV3 had not attained the age of 18 years and caused Minor MV3 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1596(a)(1), and 3238.

## COUNT 4

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce, to Colombia and elsewhere outside the United States, in and affecting interstate and foreign commerce, and knowingly recruited, enticed, transported, obtained and solicited by any means, Minor MV4, a person who had not attained 18 years of age, in knowing and reckless disregard of the fact Minor MV4 had not attained the age of 18 years and caused Minor MV4 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1596(a)(1), and 3238.

## COUNT 5

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce, to Colombia and elsewhere outside the United States, in and affecting interstate and foreign commerce, and knowingly recruited, enticed, transported, obtained and solicited by any means, Minor MV5, a person who had not attained 18 years of age, in knowing and reckless disregard of the fact Minor MV5 had not attained the age of 18 years and caused Minor MV5 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1596(a)(1), and 3238.

**COUNT 6**

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce, to Colombia and elsewhere outside the United States, in and affecting interstate and foreign commerce, and knowingly recruited, enticed, transported, obtained and solicited by any means, Minor MV6, a person who had not attained 18 years of age, in knowing and reckless disregard of the fact Minor MV6 had not attained the age of 18 years and caused Minor MV6 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1596(a)(1), and 3238.

**COUNT 7**

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce, to Colombia and elsewhere outside the United States, in and affecting interstate and foreign commerce, and knowingly recruited, enticed, transported, obtained and solicited by any means, Minor MV7, a person who had not attained 18 years of age, in reckless disregard of the fact Minor MV7 had not attained the age of 18 years and by using force, fraud and coercion caused Minor MV7 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1596(a)(1), and 3238.

**COUNT 8**

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce, to Colombia and elsewhere outside the United States, in and affecting interstate and foreign commerce, and knowingly recruited, enticed, transported, obtained and solicited by any means, Minor MV8, a person who had not attained 18 years of age, in reckless disregard of the fact Minor MV8 had not attained the

age of 18 years and by force and coercion, caused Minor MV8 to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1596(a)(1), and 3238.

## COUNT 9

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce to Colombia and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(2), with another person, Minor MV1.

All in violation of Title 18, United States Code, Sections 2423(c), 2423(e), and 3238.

## COUNT 10

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce to Colombia and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(2), with another person, Minor MV2.

All in violation of Title 18, United States Code, Sections 2423(c), 2423(e), and 3238.

## COUNT 11

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce to Colombia and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(2), with another person, Minor MV3.

All in violation of Title 18, United States Code, Sections 2423(c), 2423(e), and 3238.

## COUNT 12

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona,

did travel in foreign commerce to Colombia and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(2), with another person, Minor MV4.

All in violation of Title 18, United States Code, Sections 2423(c), 2423(e), and 3238.

### COUNT 13

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce to Colombia and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(2), with another person, Minor MV5.

All in violation of Title 18, United States Code, Sections 2423(c), 2423(e), and 3238.

### COUNT 14

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did travel in foreign commerce to Colombia and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(2), with another person, Minor MV6.

All in violation of Title 18, United States Code, Sections 2423(c), 2423(e), and 3238.

### COUNTS 15 – 20

Between on or about March 13, 2022 and April 15, 2022, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, a resident of the District of Arizona, did employ, use, persuade, induce, entice, and coerce one or more minor children to engage in any sexually explicit conduct outside of the United States for the purpose of producing a visual depiction of such conduct, and did participate in any act of sexually explicit conduct by or with any minor for the purpose of producing a visual depiction of such conduct, and thereafter transported the following visual depiction to the United States, including into the District of Arizona, by any means, including by using any means or facility of interstate or foreign commerce:

| Count | Minor Victim | Age at Filming | Videos Uploaded for US Distribution |
|---|---|---|---|
| 15 | Minor MV1 | 15 | 1_5001591073772929714.mp4<br>1_5001591073772929715.mp4 |
| 16 | Minor MV2 | 17 | 1_5001591073772929714.mp4<br>1_5001591073772929715.mp4<br>1_5001591073772929718.mp4<br>1_5001591073772929735.mp4<br>1_5001591073772929749.mp4<br>1_5001591073772929750.mp4 |
| 17 | Minor MV3 | 17 | 1_5001591073772929714.mp4<br>1_5001591073772929715.mp4<br>1_5001591073772929724.mp4<br>1_5001591073772929725.mp4<br>1_5001591073772929754.mp4 |
| 18 | Minor MV4 | 15 | 1_5001591073772929759.mp4 |
| 19 | Minor MV5 | 17 | 1_5001591073772929772.mp4<br>1_5001591073772929773.mp4<br>1_5001591073772929785.mp4<br>1_5001591073772929786.mp4 |
| 20 | Minor MV6 | 16 | 1_5001591073772929745.mp4<br>1_5001591073772929746.mp4 |

All in violation of Title 18, United States Code, Sections 2251(c) and 2251(e), and 3238.

## COUNT 21

Between on or about March 28, 2023 and June 13, 2023, in the District of Arizona and elsewhere outside the United States, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, knowingly made, published and caused to be published an advertisement and notice offering to display, distribute and exchange one or more visual depictions the production of which involved the use of a minor engaging in sexually explicit conduct and which depiction was of such conduct, knowing the depiction was of a minor engaging in sexual explicit conduct, and such advertisement and notice was transported using any means or facility of interstate or foreign commerce or in or affecting

interstate or foreign commerce by any means including by computer.

All in violation of Title 18, United States Code, Sections 2251(d) and 2251(e).

### COUNT 22

Between on or about September 21, 2022 and June 13, 2023, within the District of Arizona and elsewhere, JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, knowingly benefitted, financially or by receiving anything of value, from participation in a venture which has engaged in sex trafficking of minors, knowing or in reckless disregard of the fact that the venture has engaged in such violation.

In violation of Title 18, United States Code, Section 1593A, 1591(a)(1), 1591(b)(2), 1591(c), and 1596(a)(1).

### COUNTS 23 – 37

Between on or about March 28, 2023 and June 13, 2023, within the District of Arizona and elsewhere outside the United States, Defendant JAMES BOND, a.k.a. JAYMES CHRISTOPHER SCHULTE, knowingly distributed the following visual depictions using any means or facility of interstate or foreign commerce and each having been shipped or transported in or affecting interstate or foreign commerce, by any means including by computer, and the production of each visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct:

| Count | Minor Victim (s) | Age at Filming | Video offered for sale |
| --- | --- | --- | --- |
| 23 | Minor MV1, Minor MV2, Minor MV3 | 15,17, 17 | 1_5001591073772929714.mp4 |
| 24 | Minor MV1, Minor MV2, Minor MV3 | 15,17, 17 | 1_5001591073772929715.mp4 |
| 25 | Minor MV2 | 17 | 1_5001591073772929718.mp4 |
| 26 | Minor MV2 | 17 | 1_5001591073772929735.mp4 |
| 27 | Minor MV2 | 17 | 1_5001591073772929749.mp4 |
| 28 | Minor MV2 | 17 | 1_5001591073772929750.mp4 |

| 29 | Minor MV4 | 15 | 1_50015910737729759.mp4 |
| 30 | Minor MV5 | 17 | 1_50015910737729772.mp4 |
| 31 | Minor MV5 | 17 | 1_50015910737729773.mp4 |
| 32 | Minor MV5 | 17 | 1_50015910737729785.mp4 |
| 33 | Minor MV5 | 17 | 1_50015910737729786.mp4 |
| 34 | Minor MV6 | 16 | 1_50015910737729745.mp4 |
| 35 | Minor MV6 | 16 | 1_50015910737729746.mp4 |
| 36 | Minor MV9 | 16 | 1_50015910737729752.mp4 |
| 37 | Minor MV9 | 16 | 1_50015910737729753.mp4 |

All In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 through 37 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981, 1594(d), 2253, and 2428, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 through 37 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, and any book, magazine, periodical, film, videotape, and other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real and personal, constituting or traceable to gross proceeds obtained from such offense, and any property, real or personal, used, or intended to be used to commit or to promote the commission of, or involved in, such offense, or any property traceable to such property, including, but not limited to:

(1) The domain name Travelvids.xyz.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

- 9 -

(1)    cannot be located upon the exercise of due diligence,

(2)    has been transferred or sold to, or deposited with, a third party,

(3)    has been placed beyond the jurisdiction of the court,

(4)    has been substantially diminished in value, or

(5)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981, 1594(d), 2253, and 2428, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_____/s/_____
FOREPERSON OF THE GRAND JURY
Date:  August 29, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

_____/s/_____
SHEILA PHILLIPS
CARIN C. DURYEE
Assistant U.S. Attorneys

- 10 -