AO 442 (Rev. 11/11) Arrest Warrant

FILED _____ LODGED
___X RECEIVED _____ COPY

NOV 2 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona

United States of America
v.
James Bond
a.k.a. Jaymes Christopher Schulte,

_____

*Defendant*

)
)
)
)
)
)
)

Case No.    CR-23-1238-PHX-MTL

**SEALED**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    James Bond  (a.k.a. Jaymes Christopher Schulte)                                                         ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18:1591(a)(1), 1591(b)(2), 1591(c), 1596(a)(1), and 3238 - Sex Trafficking of a Minor
18:2423(c), 2423(e), and 3238 -  Engaging in Illicit Sexual Conduct in Foreign Places
18:2423(c), 2423(e), and 3238 - Production of Child Pornography for Importation to the United States
18:2251(d) and 2251(e) - Advertising Child Pornography
18:1593A, 1591(a)(1), 1591(b)(2), 1591(c), and 1596(a)(1) -  Benefitting Financially from Trafficking in Persons
18:2252(a)(2) and 2252(b) - Distribution of Child Pornography

*Issuing officer's signature*

City and state:    Phoenix, Arizona _____

cc: PTS

M. Pruneau, Deputy Clerk
*Printed name and title*

| Return | |
|---|---|

This warrant was received on *(date)*    08/30/2023, and the person was arrested on *(date)*    11/23/2023

at *(city and state)*    MIAMI, FL

Date:    11/27/2023

BY:
*Arresting officer's signature*

H.S.I.
*Printed name and title*